# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 23, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No. 14-4894,   US v. Glenn Adkins, Jr.
               3:12-cr-00259-RJC-DCK-1

TO:   Richard H. Tomberlin

TRANSCRIPT ORDER DUE:  December 29, 2014

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry.  We note that, while you have attached copies of a transcript purchase order and CJA Form 24 to appellant's docketing statement, there are 3 hearings requested on the CJA Form 24, and only 2 hearings identified on the corresponding transcript purchase order.  In addition, a review of the district court docket reveals, that the hearings were not all recorded by the same court reporter.  We require that separate transcript purchase orders and corresponding CJA Forms 24 be filed for each court reporter from whom transcript is being ordered.  FTR recordings are ordered through the court reporter coordinator for the district.

[X] Please identify the correct court reporter and file corrected transcript order(s) form with any required CJA 24 form(s) attached.

[X] Please file corrected forms, using separate transcript order form(s) and separate CJA 24 form(s) (if required) for each court reporter.

[ ] Please file corrected transcript order form and CJA 24 form, identifying same proceedings on each form.

[ ] Please attach copy of CJA 24 form submitted to district judge and re-file transcript order form with attached CJA 24 form.

[ ] Please make satisfactory financial arrangements and refile transcript order form indicating such arrangements have been made.

Michael Radday, Deputy Clerk (for Amy L. Carlheim, Deputy Clerk)
804-916-2702